# CHARGES AND PENALTIES

**CASE NAME:** KYLE C. TEEPLES   **CASE NO.** 25-MJ-00698-JAG

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2025**

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(8) | Felon in Possession of a Firearm | CAG no more than 15 years; Up to a $250,000 fine; Not less more than 3 years supervised release; and A $100 special penalty assessment |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |