FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2025

SEAN F. McAVOY, CLERK

Todd Blanche
Deputy Attorney General of the United States
Alison Gregoire
Criminal Chief, Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE CHRISTOPHER TEEPLES,<br><br>Defendant. | 2:25-CR-198-TOR<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d)(l), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about December 10, 2025, in the Eastern District of Washington, the Defendant, KYLE CHRISTOPHER TEEPLES, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Ruger .357 caliber revolver bearing serial number 150-25367, which firearm had been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of a Firearm, as set forth in this Indictment, Defendant, KYLE CHRISTOPHER TEEPLES, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Ruger .357 caliber revolver bearing serial number 150-25367 and loaded ammunition.

DATED: this 17 day of December, 2025.

A TRUE BILL

Todd Blache
Deputy Attorney General

Alison Gregoire
Criminal Chief

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 2